1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   CHINHAYI COLEMAN CADET  (CABN 194542)
    Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6   Oakland, CA 94612
    Telephone: (510) 637-3680
7   Fax: (510) 637-3724
    E-Mail: chinhayi.cadet@usdoj.gov

8

9   Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13   UNITED STATES OF AMERICA,        )    No.  CR 10-00715 CW
                                      )
14         Plaintiff,                 )    [PROPOSED] ORDER EXCLUDING
                                      )    TIME PURSUANT TO THE SPEEDY
15         v.                         )    TRIAL ACT
                                      )
16   MANOA LOPEZ VASQUEZ,             )
                                      )
17         Defendant.                 )
                                      )
18   _____)

19

20        Defendant Manoa Lopez Vasquez appeared at a status conference before the Court on

21   October 1, 2010.  With the agreement of the parties, and with the consent of the defendant, the

22   Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18

23   U.S.C. § 3161(h)(7)(A) and (B), from October 1, 2010 to October 6, 2010.  The parties agreed,

24   and the Court found and held, as follows:

25        1.      Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial

26   Act so that defense counsel would have additional time to investigate this matter, interview

27   additional witnesses, confer with Defendant, and prepare for the trial of this matter, taking into

28   account the exercise of due diligence.

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from October 1, 2010 to October 6, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Manoa Lopez Vasquez, the period from October 1, 2010 to October 6, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October _6_, 2010

HONORABLE DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

COLLEEN MARTIN
Counsel for Defendant Manoa Lopez Vasquez

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
2