MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00715 CW |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING DISMISSAL |
| v. | ) | |
| MANOA LOPEZ VASQUEZ, | ) | |
| Defendant. | ) | |

For the reasons outlined by the United States in its Notice of Dismissal, this Court hereby orders the case of United States v. Lopez Vasquez to be dismissed.

IT IS SO ORDERED.

DATED: March 24, 2011

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

[CR 10-00715 ] CW